UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

JOHN B. TERRELL, #76798                                                                PLAINTIFF

VERSUS                                                    CIVIL ACTION NO. 3:09-cv-396-DPJ-JCS

DOUGLAS D. ANDERSON, et al.                                                          DEFENDANTS

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Order issued this day, it is hereby,

ORDERED AND ADJUDGED that this cause be dismissed without prejudice for failure to comply with the Orders of this Court.

**SO ORDERED AND ADJUDGED** this the 3th day of November, 2009.

                                                s/ *Daniel P. Jordan III*
                                                UNITED STATES DISTRICT JUDGE